**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DAVID E. KROPP,**

      **Plaintiff,**                               Case No. 2:08-cv-453
                                                      **JUDGE GREGORY L. FROST**
    **v.**                                            Magistrate Judge Norah McCann King

**PLATINUM LODGING, LLC, et al.,**

      **Defendants.**

## **ORDER**

    This matter is before the Court on the stipulation to extend the time permitted for Plaintiff to respond to Defendants' motion to dismiss.  The Court **STRIKES** this stipulation because it is not permitted under this Court's Local Rules.  *See* S.D. Ohio Civ. R. 6.1(b).

    **IT IS SO ORDERED.**

                                                      **/s/ Gregory L. Frost**
                                                      **GREGORY L. FROST**
                                                      **UNITED STATES DISTRICT JUDGE**